UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **STEPHEN SMITH** | **CIVIL ACTION NO. 10-1000** |
| **VERSUS** | **JUDGE HAIK** |
| **JEFF MAHLER, ET AL** | **MAGISTRATE JUDGE HANNA** |

### *RULE 7(a) HEIGHTENED PLEADING REVIEW*

In this §1983 civil rights suit, plaintiff has sued defendants the Marshals Office City of Lafayette and Jeff Mahler in their official and individual capacities.  In his answer, defendant Jeff Mahler plead qualified immunity.  The undersigned has therefore conducted an evaluation of plaintiff's complaint to determine whether it meets the applicable heightened pleading requirement.  See Schultea v. Wood, 47 F.3d 1427, (5th Cir. 1995); Baker v. Putnal, 75 F.3d 190, 195 (5th Cir. 1996).

After review, the undersigned concludes plaintiff has "supported [his] claims with sufficient precision and factual specificity to raise a genuine issue as to the illegality of defendant's conduct at the time of the alleged acts."  Schultea, 47 F.3d at 1434.  Although the court may later determine the facts in favor of defendants, the sole issue presented here is whether plaintiff has satisfied the heightened pleading requirement of Shultea, which the undersigned concludes he has.  Thus, no order limiting discovery under Schultea is appropriate.

Signed at Lafayette, Louisiana on this 24th day of September, 2010.

_____
Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

2